# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1868

_____

| | | |
|---|---|---|
| Oleta M. Carter, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Mona K. Davis; Kimberly Schwartz; | * | Western District of Arkansas. |
| Arkansas Department of Human | * | |
| Services, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: August 2, 2002
Filed: August 15, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Oleta Carter appeals from the district court's[1] adverse grant of summary judgment in her employment-discrimination lawsuit. Upon de novo review, see Helfter v. United Parcel Serv., 115 F.3d 613, 615 (8th Cir. 1997), we affirm for the

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

reasons stated by the district court, and deny her request for a transcript, <u>see</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.